IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED

TIME:_____

JAN - 4 2005

JAMES BONINI, Clerk
COLUMBUS, OHIO

| | | |
|---|---|---|
| **BAOCHAU NGUYEN,** | : | |
| Plaintiff, | : | Civil Action No. C204152 |
| v. | : | Judge Gregory Frost |
| **ASHLAND INC.** | : | Magistrate Judge Terrence Kemp |
| Defendant. | : | |

### AGREED ORDER OF DISMISSAL

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice to the rights of Plaintiff or Defendant to re-file the same cause or any part thereof. This dismissal includes all of Plaintiff's claims that were or could have been brought in this action and all of Defendant's counterclaims that were or could have been brought in this action. Each party shall pay their own costs, expenses and attorneys' fees.

Dated: 1/4/05

_____
JUDGE GREGORY FROST

APPROVED BY:

SCHOTTENSTEIN, ZOX & DUNN                KENNEDY & KNOLL

_____                _____
Felix C. Wade, Trial Counsel (0024462)    Derek F. Bricker, Trial Counsel (0073736)
Amanda L. Wickline, Of Counsel (0076807)  Nicholas E. Kennedy, Of Counsel (0070310)
250 West Street                           3040 Riverside Drive, Suite 103
Columbus OH 43215                         Columbus, Ohio 43221
Tel. (614) 462-2700                       Tel: (614) 488-1161
Fax (614) 462-5135                        Fax: (614) 488-5003
Attorneys for Defendant                   Attorney for Plaintiff

{H0500029.1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BAOCHAU NGUYEN,** | : |
| Plaintiff, | : Civil Action No. C204152 |
| v. | : Judge Gregory Frost |
| **ASHLAND INC.** | : Magistrate Judge Terrence Kemp |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Civil Rule of Procedure 41(a)(1)(ii), Plaintiff Baochau Nguyen and Defendant Ashland Inc. hereby stipulate to the dismissal of this action with prejudice, and to the entry of a dismissal order in the form attached hereto as Exhibit No. 1.

Respectfully submitted,

_____
Felix C. Wade (0024462)
Amanda L. Wickline (0076807)
Schottenstein Zox & Dunn
250 West Street
Columbus OH 43215
Tel. (614) 462-2700
Fax (614) 462-5135
Attorneys for Defendant

_____
Derek F. Bricker (0073736)
Nicholas E. Kennedy (0070310)
Kennedy & Knoll
3040 Riverside Drive, Suite 103
Columbus, Ohio 43221
Tel: (614) 488-1161
Fax: (614) 488-5003
Attorney for Plaintiff

{H0500030.1 }